AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

2014 MAR 25

2013 DEC -9 P 3: 16

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND |
| | ) | Case No. 13-MJ-426YAS |
| ALLARICK HILL, DOB 1978, PAWTUCKET, RI | ) | |
| Defendant | ) | |

**RECEIVED**
**U.S. MARSHALS SERVICE**
**DEC 09 2013**
**District of Rhode Island**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   ALLARICK HILL                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1. Knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud a financial institution to obtain moneys and funds owned by, and under the custody and control of that financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344.

2. Knowingly conspire with other to execute and attempt to execute a scheme and artifice to defraud a financial institution, in violation of 18 U.S.C. § 1349.

Date:  Dec 9, 2013

_____
Issuing officer's signature

City and state:   Providence, RI

PATRICIA A. SULLIVAN, U.S. MAGISTRATE JUDGE
Printed name and title

| Return |
|---|
| This warrant was received on (date) 12/09/2013 , and the person was arrested on (date) 03/19/2014 at (city and state) Cranston, RI. Date: 03/19/2014 |

_____
Arresting officer's signature

Robert Charett, SDUSm
Printed name and title