

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR14-0083-01-WES |
| **ALLARICK HILL** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   **ALLARICK HILL**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

Date:      10/08/2019

_Issuing officer's signature_

City and state:      Providence, RI  02903

Paula Farrell Pletcher, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on (date)  10-8-19 , and the person was arrested on (date)  5/4/24 at (city and state)  Lincoln, NC |
| Date:  5/15/24 |
| _Arresting officer's Signature_ |
| ANDREW Chesley   DUSM |
| _Printed name and title_ |